AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>MARCUS DOUGLAS<br>DOB:<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00538
Assigned To : Faruqui, Zia M.
Assign. Date : 7/23/2021
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 22, 2021 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §2422(b) | Using the mail or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy Palchak, Detective, MPD
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 23rd day of july 2021.

Date: _____ 07/23/2021 _____

2021.07.23
18:52:14 -04'00'
_____
*Judge's signature*

City and state: _____ Washington, D.C. _____

Zia M. Faruqui, U.S. Magistrate Judge
_____
*Printed name and title*