UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATION: |
| MARCUS DOUGLAS, | : | |
|     Defendant | : | 18 U.S.C. §§ 1591(a)(1), (b)(2) and (d) |
| | : | (Sex Trafficking of Minors) |
| | : | |
| | : | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about July 21, 2021 and July 23, 2021, in the District of Columbia and elsewhere, the defendant, **MARCUS DOUGLAS,** did, in or affecting interstate commerce, knowingly attempt to recruit, entice, harbor, transport, provide, obtain, maintain, patronize, and solicit by any means, a minor who had attained the age of 14 years but had not attained the age of 18 years at the time of the offense, knowing or in reckless disregard of the fact that the minor had not attained the age of 18 years and would be caused to engage in commercial sex acts.

(**Sex Trafficking of Minors**, in violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) and (d)).

    MATTHEW M. GRAVES
    United States Attorney

    *Amy E. Larson*
    _____
    Amy E. Larson
    Assistant United States Attorney, NY Bar No. 4108221
    U.S. Attorney's Office
    555 4th Street, N.W.,
    Washington, D.C. 20530
    Amy.larson2@usdoj.gov