IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | 22-CR-128 (FYP) |
| ) | |
| MARCUS DOUGLAS   ) | |

## MOTION TO WITHDRAW AS COUNSEL

David W. Bos, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and appointing new counsel from the Criminal Justice Act panel as counsel for Mr. Douglas in this matter. In support of this request, undersigned counsel states:

1. Undersigned counsel was appointed to represent Mr. Douglas in this matter on July 23, 2021, and the Court has scheduled a guilty plea hearing for May 17, 2022.

2. On May 11, 2022, the Defendant informed counsel that he was dissatisfied with counsel's performance in this matter and wanted the Court to appoint new counsel to represent him in this case.

3. After a lengthy discussion with the Defendant, in an attempt to resolve the Defendant's concerns, counsel and the Defendant have regretfully concluded there is no longer a working attorney-client relationship between the Defendant and counsel. The Defendant believes counsel has not and will not effectively represent him in this matter; therefore, the Defendant has asked 1) counsel to withdraw from the case and 2) the Court appoint new counsel not affiliated with the Office of the Federal Defender to represent the Defendant in this matter. Given the seriousness of

the charges pending against the Defendant, the Defendant's belief that undersigned counsel has not and will not effectively represent him in this matter, and undersigned counsel's assessment that there is no longer a working attorney-client relationship between counsel and the Defendant, undersigned counsel joins in the Defendant's request that new counsel be appointed to represent the Defendant in this matter.

    For these reasons, it is respectfully requested that undersigned counsel be permitted to withdraw as Mr. Douglas' counsel of record, and that an attorney from the Criminal Justice Act panel be appointed to represent the Defendant in this matter.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

    /S/
David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.   20004
(202) 208-7500