UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

      v.                      Case No. 22-cr-00128 FYP

MARCUS DOUGLAS

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Please enter my appearance as appointed counsel in this case on behalf of Mr. Douglas effective date of appointment, May 17, 2022.

                                    Respectfully submitted,

                                    /s/ *Richard S. Stern*
                                    _____
                                    RICHARD S. STERN
                                    DC Bar No. 205377
                                    932 Hungerford Drive
                                    Suite 37A
                                    Rockville, MD 20850
                                    301-340-8000
                                    Attorney for Mr. Jones
                                    Email: rssjrg@rcn.com

**CERTIFICATE OF SERVICE**

    I hereby electronically served all parties in this case on May 19, 2021.

                                    /s/ *Richard S. Stern*
                                    _____
                                    RICHARD S. STERN