UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. **22-cr-128** |
| | : | |
| **v.** | : | |
| | : | |
| **MARCUS DOUGLAS,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

The parties in this case, the United States of America and the defendant, Marcus Douglas, stipulate and agree that the following facts are true and accurate. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that sufficient facts exist that the defendant committed the offense to which he is pleading guilty, Coercion and Enticement of a Minor in violation of 18 U.S.C. § 2422(b).

### Statement of Facts

On Wednesday July 21, 2021, a 14-year-old girl (hereinafter "MV1") was walking in the 3500 block of Connecticut Ave. NW, Washington, D.C. She was approached by an individual who she described as a black male in his forties. The man placed a sticky note on MV1's cell phone and continued walking without engaging in conversation with her. The note read, "I want to do some nasty things to u Pay to Play $$ Marcus Text me 202 869-XXXX." MV1 walked to a nearby firehouse and contacted the Metropolitan Police. MPD officers responded to the firehouse and spoke with MV1.

On July 22, 2021, members of law enforcement used open source and law enforcement databases to search for the cell number that was written on the post-it note. This phone number belongs to Marcus Lennox Douglas, whose date of birth is August XX, 1969 (hereinafter, the Defendant). That same day, a law enforcement officer, operating out of an

1

office in the District of Columbia in an undercover capacity (UC), assumed the identity of MV1 and initiated a text conversation with the Defendant. The following is a portion of the text conversation:

UC: Hey what's up

Defendant: Who this

UC: U gave me da note yesterday pay to play. Marcus right?

Defendant: Oh! Yeah.. I thought U threw that posit away.. how U whatz Ur name!

UC: Na, I threw it away this morning after I text so my mom wouldn't find it. I was going to my aunts house but I live with my mom in Chinatown. I'm Maria.

Defendant Oh! Okay…We don't want Ur mom finding that note! So! Maria can U send me some pics and when r U free to link up! U in high school? Do Ur mom search through Ur phone & Shyt!

UC: Hahah ikr she would kill me

Defendant: Oh! Wow.. r U having sex yet or still on foreplay status!

UC: I mean like sometime she do but I delete some stuff if I don't want her to find out and yes I just turned 14. Well I have fooled around with some boys before but like I haven't gone all the way

Defendant: Oh! Wow 14 do u like older guy's

UC: I mean I haven't really thought about but I don't mind older. How old Ru

Defendant: If we did something it could only be foreplay kissing oral 45 yrs is to old for UIm basically gonna be Ur sugadaddy rite!

UC: Yes that's cool and yes I don't want to have full sex but might be able to do other stuff depending on what u had in mind

Defendant: Im a hip 45 year old

UC: Hahaha cool

Defendant: Just sayn not tryn to seem kiiol! So! Maria pretty name U look like a Maria to wit that pretty complextion!Have U ever been eaten out to the point that U busted heavily-multiple orgasms

UC: So like, so embarrassing but this boy did it to me like that last year and it felt good but I was very self conscious about things so probably didn't enjoy as much as I couldof if that makes sense.

The UC continued to communicate with Defendant. During the course of the exchange, the Defendant asked the UC, believing she was the 14-year-old girl he had met on the street the day before, to send him nude images of herself, stating, "Send me some nude pics this way I can know Ur foreal! Eat U out & foreplay… U like giving head!" As the conversation continued, the UC sent the Defendant a short video at the Defendant's request. A female law enforcement officer, acting in an undercover capacity, said the Defendant's name during the video, in order to convey to the Defendant that she was a real minor. During the course of the chat, the Defendant agreed to pay $80 in exchange for the purported 14-year-old girl to engage in oral sex with him.

The Defendant agreed to meet the UC, who he believed was the 14-year-old girl, at a location in Washington, DC on July 23, 2021. The Defendant told the UC that he wanted to engage in sex acts with her at his friend's house.

On the morning of July 23, 2021, the Defendant exchanged the following series of texts with the UC:

Defendant: Same! did U think bout me and I got a Lil fantasy for us to do some role play'n!

UC: Yea lol, anxious and ili nervous, oh really?

Defendant: Oh! Okay…I'll be just fine…yep! daughter daddy

UC: we can try that.

Defendant: yeah! U missed schl and I approach U bout it in n kitchen U get smart I grab U by arm take U ova to couch @ start spank'n dat (softly) azz! U fake cry! & then start grab'n my crotch I say what r U doing U reply! Daddy I want to make U feel good I'll be

3

a good girl ever since mom left Us U been alone no girlfrnd I'm gonna take care of all UR sexual needs no other woman me….what U think about this?

After sending the text messages above, the Defendant arrived at the agreed upon meeting location and he was placed under arrest. Law enforcement observed a cellular telephone on the passenger seat of his vehicle, which was open, and text messages between the Defendant and the UC were visible. After being read the *Miranda* warnings, the Defendant agreed to waive those rights and speak to law enforcement. According to the Defendant, he was in Washington, D.C. picking up a food delivery order for the company he works for. The Defendant admitted that he saw MV1, and he thought that she smirked at him. After completing the food delivery, the Defendant returned to the area where he first spotted MV1. The Defendant stated that he gave MV1 a sticky note, with "Pay to Play," his name, and his cellular telephone number on it. As the interview progressed, the Defendant admitted that it was his number that exchanged text messages with the UC. He stated that he knew that that MV1 was 14 years old, but he figured he would still "give it a shot." The Defendant informed law enforcement that he agreed to pay $80 for MV1 to engage in "foreplay" with him. When questioned about what that meant, the Defendant stated that, "she wouldn't fuck me" and that it included kissing and oral sex.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

        *Amy E. Larson*
        _____
        Amy E. Larson
        Assistant United States Attorney

DEFENDANT'S ACKNOWLEDGMENT

I have read this Statement of Offense and have discussed it with my attorney. I fully understand this Statement of Offense. I agree and acknowledge by my signature that this Statement of Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of Offense fully.

Date: 8-16-22

Marcus Douglas
Defendant

ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of Offense as true and accurate.

Date: 8/24/22

David Bos, Esq.    RICHARD S. STERN
Attorney for Defendant

5